IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RUFUS MITCHELL,** *on Behalf of Himself and on Behalf of All Others Similarly Situated,* )))) | |
| **Plaintiff,** ) | Case No. 3:24-cv-1840-DWD |
| vs. ))) | |
| **BOB EVANS RESTAURANTS, LLC,** ))) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 3, 2025 (Doc. 15), as well as the Stipulation of Dismissal (Doc. 14), this matter is **DISMISSED without prejudice** with each party to bear its own fees and costs.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: February 3, 2025**

        MONICA A. STUMP, Clerk of Court

        *s/ Dana M. Winkeler*
        **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**